FILED'08 SEP 25 17:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL L. WATKINS,　　　　　　　　　　　　　　　　CV. 07-6185 JE

　　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　ORDER

　　v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

　　　　　　Defendant.

REDDEN, Judge:

Magistrate Judge John Jelderks issued Findings and Recommendation (#20) on August 19, 2008. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

When, as here, no objections are filed, the court is not required to give the record *de novo* review. *Lorin Corp. v. Goto & Co., Ltd.,* 700 F2d 1202, 1206 (9th Cir 1983). *See also Britt v.*

OPINION AND ORDER- 1

*Simi Valley Unified School Dist.*, 708 F2d 452, 454 (9th Cir 1983). I find no error. Accordingly, I adopt the Findings and Recommendation of Magistrate Judge ~~Hubel~~ JELDERKS.

The Commissioner's decision denying benefits is reversed and this matter is remanded pursuant to sentence four of 42 USC § 405(g) for further administrative proceedings in accordance with the Findings and Recommendation.

IT IS SO ORDERED.

Dated this 24 day of September, 2008.

                                                               James A. Redden
                                                               United States District Judge

OPINION AND ORDER- 2