FILED'08 SEP 25 17:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHERYL L. WATKINS,                                           CV. 07-6185 JE

          Plaintiff,                                        JUDGMENT

     v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

          Defendant.

REDDEN, Judge:

This matter is remanded pursuant to sentence four of 42 USC § 405(g) for further

/ / /

/ / /

/ / /

/ / /

JUDGMENT- 1

administrative proceedings in accordance with the Findings and Recommendation.  This action is dismissed.

IT IS SO ORDERED.

Dated this 29 day of September, 2008.

James A. Redden
United States District Judge

JUDGMENT- 2